**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  06-cv-01688-LTB-PAC

CLARENCE G. WALTERS,

       Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA,

       Defendant.
_____

**ORDER**
_____

       Upon the Stipulated Motion to Dismiss Bad Faith and Exemplary Damages Claims Pursuant to F.R.C.P. Rule 41 (D0c 13 - filed March 30, 2007), it is

       ORDERED that Plaintiff's Second Claim for Relief for Bad Faith and Third Claim for Relief for Punitive Damages are DISMISSED.

                                  BY THE COURT:

                                   s/Lewis T. Babcock
                                   Lewis T. Babcock, Chief Judge

DATED: April 2, 2007