IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-01688-LTB-KLM

CLARENCE G. WALTERS,

    Plaintiff(s),

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter comes before the Court on **Plaintiff's Unopposed Motion to Amend the Final Pretrial Order as to Plaintiff's Exhibit List** [Docket No. 31; filed October 3, 2007] (the "Motion").  Plaintiff seeks permission to file an amended Exhibit List to the Pretrial Order.  Plaintiff also seeks an indefinite extension of time to "submi[t] ...evidence of medical bills," pending a ruling on **Plaintiff's Motion in Limine Regarding Medical Bill Damages and the Collateral Source Rule as Embodied in C.R.S. §13-21-111.6, and Brief in Support** [Docket No. 15; filed July 30, 2007] and **Defendant's Motion for Determination of Law Regarding Plaintiff's Recovery of Medical Expenses Greater than Amount Paid to Providers** [Docket No. 17; filed July 30, 2007].  The Court interprets this as a motion for an indefinite extension of time to amend the Final Pretrial Order as to his exhibit list.

    IT IS HEREBY **ORDERED** that the motion is **GRANTED in part and DENIED in part.**  Plaintiff's Amended Exhibit List [Docket No. 32; filed October 3, 2007] is **accepted** for filing as of the date of this Minute Order.  Plaintiff shall file any final amendments to his exhibit list within ten (10) days after a ruling on his Motion in Limine [Docket No. 15].

    Dated:  October 5, 2007