IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-01688-LTB-KLM

CLARENCE G. WALTERS,

    Plaintiff,

v.

ENCOMPASS INSURANCE COMPANY OF AMERICA,

    Defendant.
_____

ORDER
_____

The Court has been informed that this matter has been settled. It is therefore

ORDERED that settlement/dismissal papers are to be filed **on or before Wednesday, November 28, 2007**. If dismissal papers are not filed, a status conference is set **Friday, November 30, 2007 at 10:00 a.m.** at which time all counsel shall bel present in person.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED: November 20, 2007

1